**Dismissed and Memorandum Opinion filed April 1, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00526-CR

---

## MISHA ALONDRA CRIDLAND AKA MISHA ALONDRA LABRY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 11CR3204**

---

## M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of manslaughter. On May 7, 2013, the trial court sentenced appellant to confinement for three years in the Institutional Division of the Texas Department of Criminal Justice in accordance with the jury's assessment of punishment. Appellant filed a timely motion for new trial and notice of appeal. Appellant's brief in this appeal was not filed, however.

On March 4, 2014, this court ordered a hearing to determine why appellant's counsel had not filed a brief. *See* Tex. R. App. P. 38.8(b). On March 17, 2014, the trial court conducted the hearing, and the record of the hearing was filed in this court the same day.

Appellant and her counsel appeared at the hearing. Appellant informed the court that she wants to dismiss her appeal so that she can complete her sentence and be released from prison. She asked to be returned to prison as quickly as possible. Appellant confirmed to the court that her counsel had discussed the ramifications of dismissing her appeal with her and she understood the advantages and disadvantages. At the conclusion of the hearing, the trial court found appellant no longer desires to prosecute her appeal and wishes to dismiss the appeal.

A supplemental clerk's record was filed March 21, 2014, containing appellant's motion to dismiss the appeal, personally signed by appellant, filed in the court below. *See* Tex. R. App. P. 42.2(a). In addition, the supplemental record contains the trial court's recommendation that the appeal be dismissed on appellant's motion.

On the basis of those findings, this court has construed appellant's motion to dismiss her appeal filed in the trial court as if the motion were filed in this court. *See* Tex. R. App. P. 2. We grant the motion.

Accordingly, we order the appeal dismissed.


PER CURIAM


Panel consists of McCally, Busby, and Donovan.

Do Not Publish ─ Tex. R. App. P. 47.2(b).

2